■ In the Matter of DONIELE J.T., Appellant, v CLAIR H.G., Respondent. In the Matter of CLAIR H.G., Respondent, v DONIELE J.T., Appellant. (Appeal No. 2.) [964 NYS2d 55]—Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered September 28, 2011 in proceedings pur-

suant to Family Court Act article 6. The order, among other things, awarded primary physical placement of the subject children to Clair H.G.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.